# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON  DIVISION

| | | |
|---|---|---|
| **RHONDA M. BROWN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10CV00063 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COMMISSIONER OF** | ) | By:  James P. Jones |
| **SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed March 9, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1.    The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.    The motion seeking payment if attorneys' fees pursuant to the Equal Access to Justice Act is GRANTED in the amount of $1,093.75; and

3.    The attorneys' fees shall be paid directly to the plaintiff and sent to plaintiff's attorney.  Payment of such amount is contingent upon a determination by the government that the plaintiff owes no qualifying preexisting debt to the government and if such indebtedness does exist, the attorneys' fees shall be reduced by the amount of such indebtedness.

ENTER:  March 28, 2012

/s/  James P. Jones
United States District Judge